UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   
   KELLY LEE WILLIAMS   
   DEANNA S WILLIAMS   
        Debtors

Case No. 08-10988

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2008.

2) The plan was confirmed on 09/17/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/18/2009.

5) The case was dismissed on 03/06/2009.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 5,150.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,650.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,650.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,200.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $246.45 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,446.45** |

Attorney fees paid and disclosed by debtor:   $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED CARDIOLOGY | Unsecured | 50.00 | 4,080.13 | 4,080.13 | 0.00 | 0.00 |
| AIU ONLINE | Unsecured | 3,550.00 | 1,131.51 | 1,131.51 | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 4,500.00 | 405.89 | 405.89 | 0.00 | 0.00 |
| APLM LTD | Unsecured | 300.00 | 618.75 | 618.75 | 0.00 | 0.00 |
| AT & T SERVICES | Unsecured | 200.00 | 699.59 | 699.59 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 500.00 | 713.60 | 713.60 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 750.00 | 769.82 | 769.82 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 700.00 | 2,094.76 | 2,094.76 | 0.00 | 0.00 |
| CITY OF ROLLING MEADOWS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 140.00 | 1,180.20 | 1,180.20 | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 2,225.00 | 2,127.68 | 2,127.68 | 0.00 | 0.00 |
| ECMC | Unsecured | 170.00 | 17,944.34 | 17,944.34 | 0.00 | 0.00 |
| EDUCATION RECOVERY SERV | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHY | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| EXCEL | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK | Unsecured | 11,400.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY CARDIOLOGY | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY PHYS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 2,402.93 | 2,402.93 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 2,282.41 | 2,282.41 | 0.00 | 0.00 |
| MEDICAL NEUROLOGY ASSOC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MICHELLE BALLARD | Priority | NA | 34,536.88 | 34,536.88 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MOVIE FACTS | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE SURGICAL CENTRE | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL STUDENT LOAN PROGRA | Unsecured | 12,400.00 | NA | NA | 0.00 | 0.00 |
| NEAL C TENEN | Unsecured | 250.00 | 252.46 | 252.46 | 0.00 | 0.00 |
| NELNET | Unsecured | 6,200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| PARTNERS IN PRIMARY CARE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SBC BANKRUPTCY DESK | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOME HEALTH SRVS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 36,000.00 | 34,536.88 | 34,536.88 | 1,203.55 | 0.00 |
| SUPERIOR AIR GROUND AMBUL | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| SUSAN ZIES | Priority | NA | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| UNITED ANESTHESIA ASSOC | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| VALLEY VIEW 365 U | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MT PROSPECT | Unsecured | 400.00 | 2,939.14 | 2,939.14 | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $69,073.76 | $1,203.55 | $0.00 |
| All Other Priority | $2,402.93 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$71,476.69** | **$1,203.55** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,240.28** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (4/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,446.45 |
| Disbursements to Creditors | $1,203.55 |
| **TOTAL DISBURSEMENTS** : | **$4,650.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/29/2009        By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**